No. 11–0629/AR.  U.S. v. Jesse V. Spielman.  CCA 20070883.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 6, 2011.

No. 11–0661/AR.  U.S. v. Joshua J. Chastain.  CCA 20100994.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 1, 2011.

Thursday, August 18, 2011

No. 11–0627/MC.  U.S. v. Todd E. Beene.  CCA 201000343.  On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted, and that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.*

No. 11–0526/AF.  U.S. v. Kody T. Weeks.  CCA 37535.  Review granted on the following issue:

> WHETHER APPELLANT'S GUILTY PLEA TO CHARGE II AND ITS SPECIFICATION IS IMPROVIDENT BECAUSE APPELLANT DID NOT FALSELY MAKE OR ALTER A SIGNATURE OR WRITING.

Briefs will be filed under Rule 25.

No. 11–0565/NA.  U.S. v. Jack C. Ruscitto.  CCA 201100023.  Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA*, *MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

No. 11–0627/MC.  U.S. v. Todd E. Beene.  CCA 201000343.  [See also APPEALS SUMMARY–DISPOSITIONS this date.]

---

* It is noted that the military judge neglected to seal the pleadings and record of a closed hearing under MRE 412(c)(2).  Accordingly, the Clerk is directed to seal Appellate Exhibits VI, IX, X, and XI and pages 51–106, 142–44, 147–48, and 198–201.  [See also ORDERS GRANTING PETITION FOR REVIEW this date.]